**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-25717-GAYLES**

BRIDLINGTON BUD LTD,

      *Plaintiff*,

   v.

The Partnerships, Unincorporated Associations Identified
on Schedule A,

      *Defendants*.

_____ /

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff BRIDLINGTON BUD LTD, by and through undersigned counsel, and pursuant

to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the following four Defendants with prejudice.

Each party shall bear its own costs and fees.

| Def. No. | Seller Aliases | Defendants' Walmart Store URLs |
|---|---|---|
| 2 | Gaoketop Support Service Staff | https://www.walmart.com/global/seller/102742686 |
| 7 | Uorich Co.Ltd | https://www.walmart.com/global/seller/102577699 |
| 23 | liuqiqi | https://www.walmart.com/global/seller/102765407 |
| 31 | CircuitDrive | https://www.walmart.com/global/seller/102503951 |

April 8, 2026.

                    Respectfully submitted,

                    /s/ Andrew Palmer
                    Andrew J. Palmer
                    Palmer Law Group, P.A.
                    110 East Broward Blvd, Suite 1700
                    Fort Lauderdale, FL 33301
                    Phone: 954-771-7050
                    ajpalmer@palmerlawgroup.com
                    ***Attorney for Plaintiff***

1