UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-25717-GAYLES

BRIDLINGTON BUD LTD.,

     Plaintiff,

v.

THE PARTNERSHIPS,
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

     Defendants.

_____/

**ORDER**

**THIS CAUSE** comes before the Court on Plaintiff Bridlington Bud Ltd.'s ("Bridlington") Motion for Entry of Default Judgment as to Certain Defendants and Incorporated Memorandum of Law (the "Motion"). [ECF No. 29]. The Court has reviewed the Motion and the record and is otherwise fully advised.

1.     On December 8, 2025, Plaintiff filed this action against Partnerships and Unincorporated Associations identified on Schedule A (collectively, "Defendants"), alleging two counts for trademark infringement and false designation of origin. [ECF No. 1].

2.     On February 27, 2026, the Court entered a Sealed Temporary Restraining Order against Defendants, [ECF No. 14], following Plaintiff's *Ex Parte* Application for Entry of Temporary Restraining Order and Order Restraining Transfer of Assets [ECF No. 7].

3.      On March 10, 2026, pursuant to the Court's Order Authorizing Alternate Service of Process, [ECF No. 13], Plaintiff served Defendants via e-mail, [ECF No. 19]. Defendants failed to timely answer or otherwise respond to the Complaint.

4.      On March 13, 2026, the Court issued a Preliminary Injunction against Defendants for their alleged trademark infringement. [ECF No. 22].

5.      On April 2, 2026, on Plaintiff's motion, [ECF No. 25], the Clerk entered a default against Defendants. [ECF No. 26].[1]

6.      On April 8, 2026, Plaintiff filed the instant Motion seeking a default judgment against Defendants. [ECF No. 29].

7.      As a result of the Defaulting Defendants' failure to appear, respond to the Complaint, or otherwise appear in this action, the Court accepts as true Plaintiff's claims for trademark infringement and false designation of origin.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. In accordance with Federal Rule of Civil Procedure 58(a), final judgment will be entered separately.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of April, 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

---

[1] On April 2 and 8, 2026, the Court dismissed with prejudice Defendants Uaswgudfs, Jijuged Clothing, OJSFQUFP Clothing, YYIWEN, Gaoketop Support Service Staff, Uorich Co.Ltd, liuqiqi, and CircuitDrive, [ECF Nos. 27 and 30], in light of Plaintiff's Notices of Voluntary Dismissal. [ECF Nos. 23, 24, and 28].